SCANNED

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Gary Davis Docket No. 01-00111-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Gary Davis, who was placed on supervision by the Honorable Robert J. Cindrich sitting in the Court at Pittsburgh, Pennsylvania, on the 3rd day of December 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $200.
- Shall not possess a firearm or destructive device.
- Shall submit to urinalysis as directed by the probation officer, and shall participate in a substance abuse treatment program if deemed necessary.
- Shall cooperate in the collection of DNA as directed by the probation office.

12-03-02: Conspiracy to Distribute and Possess With Intent to Distribute Less Than 100 Grams of Heroin, and Convicted Felon in Possession of a Firearm; 151 months' imprisonment followed by 3 years' supervised release.

02-22-05: Order signed by Judge Lancaster to reduce sentence to custody term of 60 months. All other aspects of sentence remain in effect.

03-03-06: Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee has violated the following conditions of supervised release:

**While on supervision, you shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.**

On October 17, 2006, the releasee was arrested by the City of Duquesne, Pennsylvania, Police Department on charges of Possession of a Controlled Substance (crack cocaine), and Possession With Intent to Distribute a Controlled Substance (crack cocaine). On December 17, 2007, at CC200618364 in the Court of Common Pleas of Allegheny County, Pennsylvania, the releasee was adjudicated guilty as charged by Judge John K. Reilly. On January 31, 2008, he was sentenced to an imprisonment term of three to six years for the charge of Possession With Intent to Distribute a Controlled Substance. No further penalty was imposed for the conviction of Possession of a Controlled Substance.

U.S.A. vs. Gary Davis
Docket No. 01-00111-001
Page 2

> Shall refrain from the excessive use of alcohol, and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

On the following dates, the releasee tested positive for the use of marijuana: August 23, 2006; March 20, 2007; April 24, 2007; May 1, 2007; May 8, 2007; May 29, 2007; June 6, 2007; June 12, 2007; July 10, 2007; July 12, 2007; July 19, 2007; July 24, 2007, and August 28, 2007.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3A, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on _MARCH 5, 2008_ at _11 AM_, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _28th_ day of _Feb_, 20 _08_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 20, 2008

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:     Pittsburgh, Pennsylvania